**Order entered April 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00170-CV

**ERIC DRAKE, Appellant**

**V.**

**CONSUMERS COUNTY MUTUAL INSURANCE, TRAVELERS INDEMNITY COMPANY, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03940**

## ORDER

The Court has reviewed the clerk's record in the above case. The clerk's record does not include appellant's September 13, 2012 response to appellees' motion for summary judgment. Accordingly, the Court **ORDERS** Felicia Pitre, Dallas County District Clerk, to file within five (5) days of the date of this order a supplemental clerk's record including appellant's September 13, 2012 response to appellees' motion for summary judgment.

/s/     MICHAEL J. O'NEILL
           JUSTICE